Mrs. Nelle C. HAYS, Guardian and Adm'x, v. W. W. MILLER, Trustee of Empire Chair Co.

No. 7332.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Seiler & Hunter, of Elizabethton, Tenn., for appellant.

Williams & Winston, of Johnson City, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed on court's own motion.